UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9455 FMO (MAAx) | Date | February 7, 2022 |
|---|---|---|---|
| Title | Michael J. Libman, et al. v. United States of America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:** (In Chambers) Order Re: First Amended Complaint

    The court is in receipt of plaintiffs' First Amended Complaint (Dkt. 77), wherein plaintiffs bring suit against 18 named defendants, (see id. at ¶¶ 22-25, 27-32 & 35-42), a John Doe, (see id. at ¶ 33), a Jim Doe, (see id. at ¶ 34), and "DOES 3 to 300." (See id. at ¶ 1). Defendants John Doe and Jim Doe are sued as fictitious names because plaintiffs are unaware of their "true identity . . . as [their] face[s] were obscured by a military style mask" during the incident at issue in this action. (Id. at ¶¶ 33-34). Plaintiffs do not explain why defendants Does 3 to 300 are sued as fictitious names or specify their alleged role. (See, generally, id.).

    Under Local Rule 19-1, "[n]o complaint or petition shall be filed that includes more than ten (10) Doe or fictitiously named parties." See, e.g., Corrales v. Chase Home Finance LLC, 2012 WL 12904069, *2 (C.D. Cal. 2012) (dismissing "Doe or fictitiously named parties" in excess of the first ten pursuant to Local Rule 19-1).

    Based on the foregoing, IT IS ORDERED THAT Doe Defendants 11 to 300 are hereby **dismissed**.

                                                                                                   00 : 00

                                                              Initials of Preparer      gga