UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-9455 FMO (MAAx) | Date | April 5, 2022 |
|---|---|---|---|
| Title | Michael J. Libman, et al. v. United States of America, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**   (In Chambers) Order to Show Cause Re: Proofs of Service

Having reviewed plaintiffs' proofs of service with respect to defendants Andrew Civetti ("Civetti"), Jim Doe, John Doe, Nicola Hannah ("Hannah"), Mack Eric Jenkins ("Jenkins"), Julienne Mayfield ("Mayfield"), Melissa J. Mills ("Mills"), and Thomas Ruscitti ("Ruscitti"), and waiver of service with respect to Mills, IT IS ORDERED THAT:

1. Plaintiffs' proofs of service filed with respect to Civetti (**Document Nos. 55 and 82**), Mayfield (**Document Nos. 56 and 82**), John Doe (**Document Nos. 57 and 82**), Ruscitti (**Document Nos. 58 and 82**), Jim Doe (**Document Nos. 59 and 82**), Jenkins (**Document Nos. 60 and 80**), Hannah (**Document Nos. 61 and 81**), and Mills (**Document No. 82**) are hereby **stricken** for failure to comply with Rule 4 of the Federal Rules of Civil Procedure.

2. Plaintiffs' waiver of service filed with respect to Mills (**Document No. 40**) is hereby **stricken** as the form is incomplete.

3. Plaintiff shall serve Civetti, Jim Doe, John Doe, Hannah, Jenkins, Mayfield, Mills, and Ruscitti, and file valid proofs of service in accordance with Rule 4 of the Federal Rules of Civil Procedure no later than **April 19, 2022**. The court is not inclined to grant any extensions of this deadline.

4. Failure to file valid proof(s) of service by the deadline set forth above will result in the defendant(s) being dismissed from the action without prejudice for failure to effect service, for lack of prosecution and/or failure to comply with the orders of the court. See Fed. R. Civ. P. 4 & 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

00 : 00

Initials of Preparer     gga