FILED
CLERK, U.S. DISTRICT COURT
April 20, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge FRED W. SLAUGHTER | ORDER OF THE CHIEF JUDGE<br><br>**22-071** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Fred W. Slaughter,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fernando M. Olguin to the calendar of Judge Fred W. Slaughter:

| | |
|---|---|
| 2:19-cv-07077-FMO-AFMx | Miguel Gutierrez v. New Hope Harvesting, LLC, et al. |
| 2:19-cv-09943-FMO-AGRx | Tabitha Sanchez v. ExxonMobil Medical Plan, et al. |
| 2:20-cv-02628-FMO-AGRx | Beatrice Essah v. Governing Board of the Los Angeles Unified School District, et al. |
| 2:20-cv-10161-FMO-SKx | Ty Kirkpatrick v. Timothy Hubman, et al. |
| 2:21-cv-00729-FMO-Ex | Predestined Entertainment, LLC et al v. Webber Films, LLC, et al. |
| 2:21-cv-03908-FMO-JPRx | Shayla Fite, et al. v. Michael Beasley, Jr. |
| 2:21-cv-05376-FMO-JPRx | Arthur H. Lange, et al. v. Ford Motor Company, et al. |
| 2:21-cv-08593-FMO-ASx | Thuy Thanh Alonzo v. California Patients Alliance, Inc., et al. |
| 2:21-cv-08749-FMO-Ex | Garry Moss v. Comcast Corporation, et al. |
| 2:21-cv-09091-FMO-JEMx | Matson Navigation Company, Inc. v. Robert Hubbard |
| 2:21-cv-09455-FMO-MAAx | Michael J. Libman, et al. v. United States of America, et al. |
| 2:22-cv-00108-FMO-ASx | Cassandra Rodney v. U.S. Postal Office |

In the Matter of the
Creation of Calendar for
District Judge Fred W. Slaughter                                                                2

---

| | |
|---|---|
| 2:22-cv-01335-FMO-GJSx | Sandra Shah v. Drew Chain Security Corporation, et al. |
| 2:22-cv-01686-FMO-PDx | Elke Schletz-Walther, et al. v. The Consulate General of the State of Kuwait in Los Angeles, et al. |
| 5:21-cv-01572-FMO-JPR | Rodolfo Cano v. Kilolo Kijakazi |
| 5:22-cv-00530-FMO-SP | Steven Banister v. C. Pfeiffer |

On all documents subsequently filed in the case, please substitute the Judge initials FWS after the case number in place of the initials of the prior Judge.

DATED: April 20, 2022                               _____
                                                                       Chief Judge Philip S. Gutierrez