Robert B. Owens, Esq. (Bar No. 77671)
rowens@ogrlaw.com
Linda Gach Ray, Esq. (Bar No. 89530)
lgachray@ogrlaw.com
OWENS & GACH RAY
269 South Beverly Drive, #1074
Beverly Hills, CA 90212
Ph: (310) 553-6611
Fax: (310) 553-2179

*Attorneys for Defendant*
*Maribeth Annaguey*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL J. LIBMAN an individual, LAW OFFICES OF MICHAEL J. LIBMAN, APC, A California Professional Corporation; BARBARA LIBMAN, on behalf of the class of US Citizens and Residents; MINOR "A" by and through the minor's parents MICHAEL J. LIBMAN AND BARBARA LIBMAN; MINOR "B" by and through the Minor's parents MICHAEL J. LIBMAN and BARBARA LIBMAN,**<br><br>Plaintiff**S**,<br><br>vs.<br><br>**UNITED STATES OF AMERICA; National Government; US ATTORNEY GENERAL MERRICK B. GARLAND, in his official capacity; TRACY L. WILKISON, in her official capacity; KRISTI KOONS JOHNSON, in her official capacity MELISSA J. MILLS, ESQ (USACAC) in her individual capacity; FBI SPECIAL AGENT ANDREW CIVETTI in his individual capacity; FBI SPECIAL AGENT JULIENNE MAYFIELD in her individual capacity; FBI SPECIAL AGENT JOHN DOE in his individual capacity; FBI SPECIAL AGENT** | Case No. 2:21-CV-09455-SSS-MAAx<br><br>Hon. Fred W. Slaughter<br>Magistrate Maria A. Audero<br><br>**NOTICE OF NEW HEARING DATE FOR DEFENDANT MARIBETH ANNAGUEY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br><u>Prior Hearing Date</u>:  July 11, 2022<br><u>New Hearing Date</u>:  September 16, 2022<br>Time:  2:00 p.m.<br>Place:  Courtroom 2, 2nd Floor<br>Riverside Courthouse<br><br>Trial Date: None Set |

1

**NOTICE OF NEW HEARING DATE FOR DEFENDANT MARIBETH ANNAGUEY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**

| | |
|---|---|
| JIM DOE in his individual capacity; FBI SPECIAL AGENT THOMAS RUSCITTI, in his individual capacity; BRIAN S. KABATECK, ESQ, in his individual capacity and as an actor under color of state law; KABATECK, LLP, entity of unknown form; MICHAEL FEUER, in his individual capacity; JUDGE ELIHU M. BERLE, in his individual capacity; CITY OF LOS ANGELES, a municipal entity; MARIBETH ANNAGUEY, ESQ. individually; ERIC M. GEORGE, individually; ERIC KINGSLEY an individual; KINGSLEY AND KINGSLEY, entity form unknown; NICOLA HANNAH in his individual capacity; MACK ERIC JENKINS, ESQ. in his individual capacity and DOES 3 to 300 inclusive,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that paragraph 7 of the Court's Reassignment Order (Dkt. No. 183) states "Except for matters noticed for hearing before the magistrate, all law and motion hearing dates are vacated and must be renoticed by the moving party." Pursuant to that Reassignment Order, the hearing on the Motion to Dismiss filed by Defendant Maribeth Annaguey (Dkt. Nos. 93, 93-1, 93-2, and 94) most recently set for July 11, 2022 at 10:00 a.m. is hereby **re-noticed for** September 16, 2022 at 2:00 p.m. before the Honorable Sunshine S. Sykes, United States District Judge in Courtroom 2 of the George E. Brown, Jr. Federal Building and United States Courthouse located at 3470 Twelfth Street, Riverside, California 92501-3801.

Dated:  June 27, 2022                                   OWENS & GACH RAY

                                        By /s/ Robert B. Owens
                                          Robert B. Owens, Esq.
                                          Attorneys for Defendant Maribeth Annaguey

NOTICE OF NEW HEARING DATE FOR DEFENDANT MARIBETH ANNAGUEY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT