UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-09455-SSS-MAA**                                   Date:  **August 4, 2022**

Title     Michael J. Libman et al v. United States of America et al

Present:  The Honorable MARIA A. AUDERO, United States Magistrate Judge

| Narissa Estrada | XtR 8/3/22 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorney Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Michael J. Libman | Kirk D. Dillman and Brian S. Kabatek for *Kabateck, LLP, Anastasia Mazella and Brian S. Kabatek, Esq* |
| | Guy C. Nicholson and Jason Yuegin Kelly for *Michael Feuer, City of Los Angeles and Eric M. George* |
| | Robert B. Owens for *Maribeth Annaguey, Esq*. |
| | Liane Katzenstein Ly for *Eric Kingsley and Kingsley and Kingsley* |
| | Jacob Albert Bennett, US DOJ for *Melissa J. Mills, FBI Special Agents Andrew Civetti, Julienne Mayfield and Thomas Ruscitti* |
| | Matthew J. Smock, AUSA for *United States of America* |

**Proceedings (Telephonic):**    Informal Discovery Conferences (ECF Nos. 178, 179, 203, 208, 209)

Case is called.  Counsel make their appearances.

Before the Court on August 3, 2022 were the parties' second, third, and fourth informal discovery conferences in this case, which the Court names "IDC 2," "IDC 3," and "IDC 4," respectively.  Through IDC 2, Defendant Michael Feuer ("Feuer") seeks a protective order prohibiting his deposition.  IDC 2 originated as Feuer's Motion for Protective Order Regarding Deposition, filed June 17, 2022 ("Feuer Motion," ECF No. 178).  Because the Feuer Motion did not comply with Judge Audero's informal discovery dispute resolution process, Judge Audero *sua sponte* convened IDC 2 to address it.  Through IDC 3, Defendant Eric George ("George") seeks a protective order prohibiting his deposition.  IDC 3 originated as George's Motion for Protective

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.  **2:21-cv-09455-SSS-MAA**                                                                Date:  **August 4, 2022**

Title      Michael J. Libman et al v. United States of America et al

Order Regarding Deposition, filed June 17, 2022 ("George Motion," ECF No. 179).  Because the George Motion did not comply with Judge Audero's informal discovery dispute resolution process, Judge Audero *sua sponte* convened IDC 3 to address.  Through IDC 4, which originated as a request for informal discovery conference, Defendants Brian S. Kabatek, Kabatek LLP, and Anastasia Mazzella (collectively, "Kabatek Defendants") seek a protective order prohibiting their depositions.

    The Court confers with counsel.  Based upon argument of the parties, the briefing of the Feuer and George Motions, the submission of the parties requesting IDC 4, and for the reasons stated on the record, the Court **ORDERS** as follows:

1. The Court **FINDS** that the parties have not yet convened a conference of the parties pursuant to Federal Rule of Civil Procedure ("Rule") 26(f) and, therefore, the depositions of Feuer, George, and the Kabatek Defendants are premature at this time.  *See* Fed. R. Civ. P. 26(d)(1) ("A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f), except in a proceeding exempted from initial disclosures under Rule 26(a)(1)(B), or when authorized by these rules, by stipulation, or by court order.")  Accordingly, absent agreement of the parties or further order of the Court, and except as to Rule 26(a) Initial Disclosures and discovery propounded pursuant to Rule 26(d)(2), no discovery may proceed until the parties have conferred as required by Rule 26(f).

2. On the basis of the above Order, Defendants Feuer and George request to withdraw the Feuer and George Motions.  Hearing no opposition to the request, and finding good cause therefor, the Court **GRANTS** this request.  The Clerk of Court is **DIRECTED** to note on the docket that, pursuant to this Order, the Feuer Motion and the George Motion are **WITHDRAWN**.  Both Feuer and George may bring similar motions, if and as needed in the litigation of this matter, once discovery commences, subject to first satisfying all pre-motion meet-and-confer requirements and Judge Audero's informal discovery dispute resolution process.  *See* C.D. Cal. L.R. 37; http://www.cacd.uscourts.gov/honorable-maria-audero.

3. The Kabatek Defendants are **ORDERED** to file with this Court, <u>**by no later than Wednesday, August 10, 2022**</u>, a copy of the restraining order entered against Plaintiffs by the Los Angeles County Superior Court in the matter entitled *Jones v. City of Los Angeles*, Case No. BC 577267 ("*Jones* Matter").  If the restraining order was entered under seal in the *Jones* Matter, the Court hereby **FINDS** that good cause exists to file it,

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  **2:21-cv-09455-SSS-MAA**                                                       Date:  **August 4, 2022**

Title       Michael J. Libman et al v. United States of America et al

and **ORDERS** it filed, under seal in this matter.  If the restraining order was not entered under seal in the *Jones* Matter, it shall be filed publicly in this matter.

It is so ordered.

**Time in Court:**     1:18