UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

MICHAEL J. LIBMAN, *et al.*,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

Defendants.

No. CV 21-9455-SSS (MAAx)

**JUDGEMENT FOR DEFENDANTS**

Upon consideration of Defendant United States of America's and Individual Federal Defendants' motions to dismiss (ECF Nos. 128, 177, 261, 262), and the pleadings, records, and other documents on file with the Court in this action, and in accordance with the Court's December 1, 2022, and February 21, 2023 Orders (ECF Nos. 254, 271) granting Defendant United States of America's and Individual Federal Defendants' motions to dismiss:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiffs' Second Amended Complaint is dismissed in full as against all Defendants and with prejudice.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants United States of America, Melissa Mills, Mack Jenkins, Nicola Hanna, Julianne Mayfield, Andrew Civetti, and Thomas Ruscitti on all causes of action, and against Plaintiffs on all causes of action.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that each side will bear its own costs, fees, and expenses.

Dated: March 2, 2023

HONORABLE SUNSHINE S. SYKES
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

/s/ *Matthew J. Smock*
MATTHEW J. SMOCK
Assistant United States Attorney
Attorneys for Defendant
United States of America